**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUN 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06CR141-MEF |
| | ) | [18 USC 922(g)(1)] |
| CLAUDE JEROME WILSON, II | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On and between January 1, 2005, and January 31, 2005, the exact date being unknown to the Grand Jurors, in Lee County, within the Middle District of Alabama,

CLAUDE JEROME WILSON, II,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Georgia, to-wit:

1) November 16, 1981, Burglary (three counts), in the Superior Court of Upson County, Georgia, Case Number 15997;

2) November 16, 1981, Theft by Receiving Stolen Property, in the Superior Court of Upson County, Georgia, Case Number 15997;

3) August 3, 1984, Theft by Taking (felony), in the Superior Court of Upson County, Georgia, Case Number 17291;

4) March 31, 1986, Escape (felony), in the Superior Court of Upson County, Georgia, Case Number 17602;

5) March 5, 1999, Aggravated Assault, in the Superior Court of Muscogee County, Georgia, Case Number SU98CR2426-6;

6) March 5, 1999, Robbery, in the Superior Court of Muscogee County, Georgia, Case Number SU98CR2426-6; and

7) October 14, 2004, Aggravated Stalking, in the Superior Court of Muscogee County, Georgia, Case Number SU03CR2234;

did knowingly possess in and affecting commerce the following firearm, to-wit:

1) A Glock 26 9mm caliber handgun, serial number ELH284;

all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

/s/ Janice Davis Williams
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke
K. David Cooke, Jr.
Assistant United States Attorney