IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  3:06cr141-MEF |
| ) | |
| CLAUDE JEROME WILSON, II ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. # 5), filed June 20, 2006, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby GRANTED.  It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Valdosta State Prison, Valdosta, Georgia, commanding him to deliver the said Claude Jerome Wilson, II, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on July 26, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

Done, this 20TH day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE