IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

UNITED STATES OF AMERICA       )
                               )
v                              )
                               )
Claude J. Wilson               )  CR. NO. 3:06CR141-MEF
                               )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Claude Wilson__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

7/25/06
DATE

X Claude Wilson
DEFENDANT

_____
ATTORNEY FOR DEFENDANT