COURTROOM DEPUTY'S MINUTES  DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 10:45-10:51 am
COURT REPORTER: 10:52-10:55 am

☑ ARRAIGNMENT          ☐ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB       DEPUTY CLERK: sql
CASE NUMBER: 3:06CR141-MEF      DEFENDANT NAME: Claude Jerome WILSON, II
AUSA: Morris                    DEFENDANT ATTORNEY: Butler
               Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
               ( ) appointed at arraignment; ( ) standing in for:_____

PTSO/USPO:

Interpreter present? (✓)NO; ( )YES   Name:

☑ This is defendant's FIRST APPEARANCE.
☑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☑ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☑ Not Guilty
        ☐ Guilty as to:
           ☐ Count(s):
           ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                          ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
CRIMINAL TERM:            ☐ WAIVER OF SPEEDY TRIAL filed.
         DISCOVERY DISCLOSURE DATE: 7-26-06
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☑ Trial on 12-4-06; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                 ☐ Defendant requests time to secure new counsel