IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, **CLAUDE JEROME WILSON**, in the above-styled case.

Dated this 2ND day of August 2006.

                                                        Respectfully submitted,

                                                       s/Jennifer A. Hart
                                                       **JENNIFER A. HART**
                                                       FEDERAL DEFENDERS
                                                       MIDDLE DISTRICT OF ALABAMA
                                                       201 Monroe Street, Suite 407
                                                       Montgomery, AL 36104
                                                       Phone: (334) 834-2099
                                                       Fax: (334) 834-0353
                                                       jennifer_hart@fd.org
                                                       AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Cooke, AUSA.

      Respectfully submitted,

      s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189