## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

### UNOPPOSED MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW** the Defendant, Claude Jerome Wilson, by and through his undersigned counsel, Jennifer A. Hart, and moves this Court to extend the deadline for filing pretrial motions from August 17, 2006 to a future date. As grounds for granting this Motion, Defendant would show the following:

1. On June 14, 2006 Claude Wilson was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On July 26, 2006, Mr. Wilson appeared before this court and entered a plea of not guilty to the charge.

3. Undersigned counsel recently meet with Mr. Wilson at the Montgomery City Jail. Although Mr. Wilson was polite and tried to be helpful, he was unable to communicate adequately with counsel regarding the circumstances of the current charges.

4. Mr. Wilson informed counsel that he has a long history of mental illness, has been diagnosed with schizophrenia and has been prescribed anti-psychotic medication in the past.

5.     Discovery provided by the Government reveals that Mr. Wilson gave an incriminating statement to law enforcement officers and consented to the search of his residence.  The validity/admissibility of both the statement and the items seized as a result of the search may very well turn on whether Mr. Wilson was competent to consent to the interview and/or the search of his home.

6.     Undersigned counsel has contacted Clinical Psychologist Dr. Catherine Boyer and requested that she conduct a preliminary psychological evaluation of Mr. Wilson.

7.     Following this evaluation, Mr. Wilson may request that he be sent to a Bureau of Prisons institution where he can receive a complete psychiatric analysis.

8.     Whether pretrial motions are warranted in this case will turn on the mental state of Mr. Wilson which will require assessment by a mental health professional. Therefore, Mr. Wilson requests that the deadline for filing any such motions be continued until such evaluation is complete.

9.     The government, through Assistant United States Attorney David Cooke, does not oppose this motion.

**WHEREFORE**, based on the foregoing, Clause Wilson respectfully request that the previously set pretrial motions deadline of August 17, 2006 be continued generally until a mental health examination can be completed.

Dated this 17th day of August 2006.

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Cooke, AUSA.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189