**COURTROOM DEPUTY'S MINUTES**                **DATE: August 21, 2006**

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording: 3:52 - 3:54**
                                **PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:06cr141-MEF**            **DEFENDANT(S) Claude Jerome Wilson, II**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Terry Moorer standing in for David Cooke | * | Jennifer Hart |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
      **Complete**

❏ **PENDING MOTION STATUS:**
      **Motion to extend time to file pretrial motions.**

❏ **PLEA STATUS:**
      **Notice of intent to change plea to be filed on or before noon on November 22, 2006**

❏ **TRIAL STATUS**
      **Trial time 1 - 1 ½ days**

❏ **REMARKS:**
      **Counsel investigating mental competency issue.**
      **Defendant cannot communicate with counsel.**