IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:06cr141-MEF |
| ) | |
| CLAUDE JEROME WILSON, III ) | |

## ORDER ON MOTION

Upon consideration of defendant's unopposed motion to extend time (Doc. # 14), filed August 17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that all pretrial motions shall be filed on or before September 21, 2006. In all other respects, the motion is denied, subject to renewal if defendant requires further mental evaluation.

DONE, this 22nd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE