| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:13 - 3:17 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
| CASE NUMBER:  3:06cr141-MEF | DEFENDANT(S) Claude Jerome Wilson, II |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Jennifer Hart |

❏ **DISCOVERY STATUS:**
   Completed - No problems

❏ **PENDING MOTION STATUS:**
   Motion to continue has been filed (mental issues)

❏ **PLEA STATUS:**
   Notice of intent to change plea to be filed on or before noon on November 15, 2006

❏ **TRIAL STATUS**
   Trial time - 2 days

❏ **REMARKS:**
   Possible insanity defense
   Discussions regarding mental examination.