IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for February 16, 2007 be and hereby is rescheduled for February 20, 2007 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

Done, this 1st day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE