| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 20, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:37 - 3:41 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr141-MEF | **DEFENDANT(S)** Claude Jerome Wilson, II |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Likely plea
   Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
   Trial time - 1 ½ days

☐ **REMARKS:**
   Ms. Hart discusses issue of competency - waiting on report from Dr. Boyer