IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Claude Jerome Wilson, II, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue sentencing in this matter. In support of this Motion, Defendant would show the following:

1. This matter is presently set for sentencing on May 31, 2007.

2. Undersigned counsel submitted objections to the Presentence Investigative Report on May 14, 2007. The government did not object to the Presentence Investigative Report. Undersigned counsel further submitted a Sentencing Memorandum in this Court on May 17, 2007.

3. Today, undersigned counsel received the government's Sentencing Memorandum, one day before the Sentencing Hearing.

4. The Defendant will need time to investigate the allegations contained the Government's Sentencing Memorandum, which we believe are untrue and are not supported by the record. Additionally, Mr. Wilson will need time to consider all options available to him pursuant to the plea agreement, including withdrawal of his guilty plea. The allegations raised by the government in it's memorandum are not reflected in either the Presentence Investigative Report or in the discovery provided by the government.

5.      Undersigned counsel is presently out of the office due to illness.

WHEREFORE, for the foregoing reasons, Mr. Wilson respectfully requests that his sentencing hearing be continued.

Dated this 30th day of May, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, AUSA
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189