IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing Hearing (Doc. #39) filed on May 30, 2007, and the telephone conference held on the motion on May 30, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case on May 31, 2007 is continued to August 8, 2007 at 2:00 P.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 30th May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE