# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) ) | CR. NO. 3:06cr141-MEF |
| **CLAUDE JEROME WILSON, II** | ) ) ) | |

### United States' Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Defendant Claude Jerome Wilson, II's offense level by one-level based on Wilson's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about February 27, 2007–approximately two weeks prior to trial–Wilson's counsel filed a notice of intent to change plea in this case.

2. In this case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Wilson's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

Respectfully submitted this the 6th day of August, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jennifer Hart

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney