## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 3:06cr141-MEF** |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |
| | ) | |

### Notice to Court of Withdrawal of Sentencing
### Enhancement and Agreement of Appropriate Sentence

The United States notifies the Court that it withdraws its request that the Court apply an one-level enhancement for Defendant Claude Jerome Wilson, II pursuant to U.S.S.G. § 4B1.4(b)(3)(A). Previously on May 31, 2007, the United States notified the Court of its support of the Probation's Officer calculation under this Guidelines Section.[1] Recently, however, the Government has learned information that has lead it to believe that the application of this enhancement is no longer appropriate.

Thus, without this one-level enhancement, the Government believes that the appropriate Guidelines level for Wilson is 30, which when combined with Wilson's criminal history category of VI produces a sentencing range of 168-210 months.

The Government has informed the Defendant's counsel, Jennifer Hart, of its new position, and she, on behalf of Wilson, agrees with the Government. She also agrees that the appropriate sentence under the plea agreement for Wilson based upon his range is 180

---

[1] Doc. 38.

months.[2]

Respectfully submitted this the 6th day of August, 2007.

LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jennifer Hart

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney

---

[2] *See* 18 U.S.C. § 924(e) and U.S.S.G. § 4B1.4