IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **CLAUDE JEROME WILSON, II,** in the above-styled case.

    Dated this 7th day of August, 2007.

                                        Respectfully submitted,

                                        s/ Kevin L. Butler
                                        KEVIN L. BUTLER
                                        First Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: kevin_butler@fd.org
                                        AZ Bar Code: 014138

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chris Snyder, AUSA.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138