

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

|  | Telephone: 334/223-7280 |
|---|---|
| One Court Square, Suite 201 | Fax: 334/223-7560 |
| Post Office Box 197 | Fin Lit Fax: 334/223-7201 |
| Montgomery, Alabama 36101-0197 | Civil Fax 334/223-7418 |
|  | Criminal Fax: 334/223-7135 |

May 30, 2007

**VIA ELECTRONIC MAIL**

Ms. Jennifer Hart
The Office of the Federal Defenders
Middle District of Alabama

    Re:    <u>United States v. Claude Jerome Wilson, II.</u>
            Discovery Letter No. 2

Dear Ms. Hart:

    Yesterday, upon reviewing the originals of the "I found you" photos–which were have been the custody of law enforcement and not the U.S. Attorney's Office–I noticed some fingerprint dust on the photos. I had not seen the original photos previously. Upon speaking with Task Force Agent Keith Jordan, he informed me that he had dusted the pictures for prints, but that he had found no usable prints on either picture.

    I provide this information to you as part of our continuing *Brady* and Rule 16 obligations. Please feel free to contact me to discuss this case or if you have any questions about the discovery and disclosures provided.

                                Respectfully,

                                LEURA GARRETT CANARY
                                United States Attorney

                by:    /s/ Christopher Snyder
                          CHRISTOPHER A. SNYDER
                          Assistant United States Attorney