**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

| | Telephone: 334/223-7280 |
|---|---|
| One Court Square, Suite 201 | Fax: 334/223-7560 |
| Post Office Box 197 | Fin Lit Fax: 334/223-7201 |
| Montgomery, Alabama 36101-0197 | Civil Fax 334/223-7418 |
| | Criminal Fax: 334/223-7135 |

June 21, 2007

**VIA ELECTRONIC MAIL**

Ms. Jennifer Hart
The Office of the Federal Defenders
Middle District of Alabama

  Re: <u>United States v. Claude Jerome Wilson</u>
     Location of Sentencing Witness

Dear Ms. Hart:

  This letter is in response to your letter dated, June 7, 2007 (received in our office on June 11, 2007), my follow up telephone conversation with you last week, and our second telephone conversation this afternoon.

  In the letter and in these conversations, you requested that the Government provide you the location and telephone number of the victim in this case, Ms. Carol Smith. As we discussed in the first telephone conversation and as I reiterated today, the Government is aware of no legal authority which requires it to disclose the location of a witness for sentencing. This is especially true in this case, in which your client has repeatedly stalked and threatened Ms. Smith.

  Out of a sense of cooperation and fairness, I agreed last week to have one of the ATF agents in this case contact Ms. Smith in order to ask her if she would like to speak with you. Prior to today, the agent left messages for Ms. Smith, but she had not returned them. After our telephone conference this afternoon, I asked the agent to attempt to call Ms. Smith one more time. The agent was able to reach Ms. Smith. After the agent reached her, the agent explained your request and told Ms. Smith that it was up to her whether she wanted to speak with you. Ms. Smith refused.

  Considering this and considering that you will have the opportunity to cross-examine Ms. Smith at sentencing, the Government will not provide you the name or location of Ms. Smith. Your client has threatened Ms. Smith previously from in and out of prison, and the United States would like for Ms. Smith to be able put this affair behind her after sentencing.

      Please let me know, as always, if you have any other questions or concerns about this case.

                                                Respectfully,

                                                LEURA G. CANARY
                                                United States Attorney

                         by:      <u>/s/ Christopher A. Snyder</u>
                                                  CHRISTOPHER A. SNYDER
                                                Assistant United States Attorney