IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

## **O R D E R**

On August 8, 2007, the defendant appeared at a sentencing hearing and withdrew his plea of guilty based upon newly discovered evidence. Accordingly, it is hereby

ORDERED that this case is set for trial during the criminal trial term commencing on October 2, 2007 at 10:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the Magistrate Judge conduct a pretrial conference prior to the October 2, 2007 trial term.

DONE this the 16th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE