IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

# **O R D E R**

It is hereby ORDERED that defendant's Motion for Downward Departure (Doc. #36) and Motion for Reduction in Criminal Offense Level (Doc. #41) are DENIED as moot.

DONE this the 6th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE