THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06cr141-MEF |
| | ) | |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

## **ORDER**

The parties are hereby advised that if the proposed changes to this district's jury plan are approved by the Judicial Council, this case will be tried by a jury selected from the Eastern Division of the Middle District of Alabama and the trial will be conducted in the United States District Courthouse in Opelika, Alabama. The parties are further advised that if this case is tried in Opelika the date of jury selection and trial will have to be changed to January 7, 2008. While the trial setting change will not be made at this time, the parties are ORDERED to file a notice of any potential conflict that would be created by moving the trial of this cause to the term of court commencing on January 7, 2008. This notice shall be filed by no later than **November 21, 2007**.

DONE this the 9th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE