IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

# O R D E R

It is hereby ORDERED that the trial of this case set for January 14, 2008 is rescheduled for the criminal trial term commencing on **January 7, 2008** at the United States Courthouse **in Opelika, Alabama.**

DONE this the 18th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE