**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 3:06cr141-MEF |
| ) | |
| **CLAUDE JEROME WILSON, II** ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Claude Jerome Wilson, by and through his undersigned counsel, Michael J. Petersen, and moves this Court to continue his case past the presently scheduled date of January 7, 2008. As grounds for granting this Motion, Defendant would show the following:

1. On June 14, 2006 Claude Wilson was charged in a one-count Indictment with being a felon in possession of a firearm.

2. Undersigned counsel needs additional time to adequately prepare for trial. As such, a continuance is essential to complete investigation this case.

3. In addition, as a result of counsel's investigation into this matter, undersigned counsel has met with and is presently negotiating with the District Attorney for Russell County, Alabama, with the knowledge of the Government, for Claude Wilson to assist the State of Alabama in the prosecution of Lisa Graham in Russell County Circuit Court cases CC-2007-000687.00 (Capital Murder - Shots fired from a vehicle) and CC-2007-000686.00 (Capital murder for hire). Mr. Wilson is expected to be a material witness in the trial(s) of these matters.

4. Undersigned counsel has discussed Mr. Wilson's potential cooperation with Russell County authorities with counsel for the Government, Chris Snyder. Any such cooperation will substantially impact upon Mr. Wilson's decision to either try the instant matter in this Court, or to

negotiate a plea agreement. Should Mr. Wilson substantially assist Russell County authorities in the resolution of their cases, such assistance may affect the terms of any negotiated resolution of the instant matter. A continuance is essential in order to fully investigate and negotiate any cooperation with the Russell County authorities.

5.   The Government, through Assistant United States Attorney Chris Snyder, has no opposition to the granting of this Motion.

6.   While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment.

**WHEREFORE,** based upon the foregoing, undersigned respectfully requests that his trial be continued beyond the presently scheduled date of January 7, 2008.

Dated this 20th day of December, 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Chris Snyder, AUSA, 131 Clayton Street, Montgomery, AL 36104.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M