IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    3:06cr141-MEF
    )
CLAUDE JEROME WILSON, II    )

## ORDER

Based upon this court's order setting the trial in the above-styled case for April 28, 2008, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on March 17, 2008 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

Done, this 2nd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE