IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     3:06cr141-MEF
     )
CLAUDE JEROME WILSON, II     )

## ORDER

For good cause, it is

ORDERED that the  pretrial conference previously scheduled for March 17, 2008 be and hereby is **RESCHEDULED** for 3:00 p.m. on **March 14, 2008** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

Done, this 10th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE