IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr141-MEF |
| ) | |
| CLAUDE JEROME WILSON, II ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the Undersigned Counsel, Michael J. Petersen, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, **CLAUDE JEROME WILSON, II**. In support of this Motion, Undersigned Counsel states the following:

1. On July 31, 2008, undersigned counsel became aware of a conflict of interest in the undersigned's continued representation of Mr. Wilson.

2. Undersigned Counsel requests that CJA panel attorney J. Carlton Taylor be appointed to represent Mr. Wilson in all further proceedings in this case. Mr. Wilson will not be prejudiced by such a change in counsel at this time, and Mr. Taylor has agreed to accept appointment.

**WHEREFORE**, Undersigned Counsel respectfully requests that this Motion be granted.

Dated this 31st day of July, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr141-MEF |
| ) | |
| CLAUDE JEROME WILSON, II ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Chris Snyder, AUSA, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M