# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the Undersigned Counsel, Kevin L. Butler, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, **CLAUDE JEROME WILSON, II**. In support of this Motion, Undersigned Counsel states the following:

1. On July 31, 2008, undersigned counsel became aware of a conflict of interest in the undersigned's continued representation of Mr. Wilson.

2. Undersigned Counsel requests that CJA panel attorney J. Carlton Taylor be appointed to represent Mr. Wilson in all further proceedings in this case. Mr. Wilson will not be prejudiced by such a change in counsel at this time, and Mr. Taylor has agreed to accept appointment.

**WHEREFORE**, Undersigned Counsel respectfully requests that this Motion be granted.

Dated this 1st day of August, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr141-MEF |
| | ) | |
| **CLAUDE JEROME WILSON, II** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chris Snyder, AUSA.

>Respectfully submitted,
>
>
>s/ Kevin L. Butler
>KEVIN L. BUTLER
>First Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: kevin_butler@fd.org
>AZ Bar Code: 014138