IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON, II | ) | |

# **O R D E R**

Upon consideration of the Motions to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney (Doc. #78 & Doc. # 80) filed on July 31, 2008 and August 1, 2008, it is hereby

ORDERED that the motions are GRANTED. Kevin L. Butler and Michael Peterson will no longer serve as counsel for Claude Jerome Wilson, II. It is further ORDERED that CJA panel attorney J. Carlton Taylor is appointed to represent Claude Jerome Wilson, II in this matter.

It is further ORDERED that this case is set for a conference on August 6, 2008 at 9:00 A.M. by conference call.

DONE this the 1st day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE