IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-cr-141-MEF |
| | ) | |
| CLAUDE JEROME WILSON | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Claude Jerome Wilson. Counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 4th day of August, 2008.

/s/  J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 4th day of August, 2008.

/s/  J. Carlton Taylor
J. CARLTON TAYLOR
 Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com


Christopher A. Snyder
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
christopher.a.snyder@usdoj.gov