IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:06-cr-141-MEF |
| | ) | |
| | ) | |
| | ) | |
| CLAUDE JEROME WILSON | ) | |

### MOTION TO EXTEND TIME TO FILE MOTION IN LIMINE

**COMES NOW**, J. Carlton Taylor, and files this his Motion to Extend Time to file Motion in Limine in the above-styled case and as ground therefore would show unto this Honorable Court as follows:

1. That the undersigned was appointed to represent the Defendant on Friday, August 1, 2008.

2. That the above-styled case is over two-years old and counsel needs a reasonable amount of time to review all discovery in this case and to file the appropriate dispositive motions.

3. That as of August 1, 2008, the Defendant stated his intent to move forward with trial in this matter.

4. That neither the Government nor the Defendant would be prejudiced by the granting of this motion.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant, by and through the undersigned, prays this Honorable Court will extend the due date for Motion(s) in Limine in the above-styled case until August 6th, 2008.

**RESPECTFULLY SUBMITTED**, this the 4th day of August, 2008.

    /s/ J. Carlton Taylor_____
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 4th day of August, 2008.

    /s/ J. Carlton Taylor_____
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Christopher A. Snyder
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
christopher.a.snyder@usdoj.gov