# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CR. NO. 3:06cr141-MEF |
| ) | |
| **CLAUDE JEROME WILSON, II** ) | |
| ) | |

## United States' Requested Voir Dire Questions

In addition to the standard questions that the Court asks of the jury venire in this District, the United States also requests that the Court ask the attached additional questions. The United States respectfully reserves the right to submit additional requests as developments in this case may warrant.

Respectfully submitted this 4th day of August, 2008,

        LEURA G. CANARY
        United States Attorney

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United State Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

**I.** **Prior Exposure to Case**

1. Have any of you heard or read anything about this case on television, radio or in the newspaper based on what you already have been told about the facts of this case?

If so, have you formed any opinion as to the guilt or innocence of the defendant?

**II.** **Prior Experience with Law Enforcement or Government**

2. Has a relative or close friend of any panel member ever been employed by a local, state, or federal law enforcement agency? What about employment with a local, state, or federal government?

If so, what position was or is held?

3. Has any member of the panel ever had any training in law or in law enforcement?

If so, please describe.

4. Has any member of the panel ever had any dealings with the Bureau of Alcohol, Tobacco, Firearms and Explosives (sometimes known as "ATF"), the Office of the United States Attorney, the Department of Justice, or any local office of the District Attorney?

If so, please elaborate.

5. Regardless of any prior dealings, does any member of the panel have a strong opinion about ATF?

6. Other than a traffic ticket, has any member of the panel ever had an unpleasant experience involving law enforcement?

If so, please explain.

**III.     Membership in Gun Organizations; Beliefs in Gun Ownership**

7.  Does any member of the panel belong to the National Rifle Association or any other organization that supports, promotes, or opposes the right to possess a firearm?

8.  Does any member of the jury believe that the federal government has no right to enforce gun laws?

9.  Does anyone think that a convicted felon should be allowed to possess a firearm?

**IV.     Moral, Religious, or Ethical Concerns**

10.  Do any of you have any feelings, whether they may be moral, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

11.  To admit to having some sympathy for the defendant or the government in this case is nothing to be ashamed of and does not reflect badly upon you as a person. However, both the government and the defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court and according to the Court's instructions on the law. The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do any of you have any reason why you would be unable to give either the government or the defendant a fair trial based solely upon the evidence admitted at the trial and the instructions given by the Court?

**V.     Instructions from the Court; Sentencing**

12.  Can all of you decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without bias, prejudice, and sympathy?

If not, please elaborate.

13.  Is there any reason why any of you would be unable to reach a fair and impartial verdict based solely upon the evidence submitted during the trial and the instructions which the judge gives you?

14.  Do all of you realize that as a juror, in your deliberations as to guilt, you must not consider any possible punishment?

15.  Do each and every one of you understand that during the course of the trial an attorney is not permitted to speak to the jurors and, therefore, if you see an attorney in the hall or on the street, you should not hold it against the attorney if he or she does not acknowledge you or speak to you?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CR. NO. 3:06cr141-MEF |
| ) | |
| **CLAUDE JEROME WILSON, II** ) | |

## Certificate of Service

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Jon Carlton Taylor.

    Respectfully submitted,
    LEURA G. CANARY
    United States Attorney

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United State Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: christopher.a.snyder@usdoj.gov