IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:06-cr-141-MEF |
| | ) | |
| | ) | |
| | ) | |
| CLAUDE JEROME WILSON II | ) | |

## UNOPPOSED MOTION TO CONTINUE

**COMES NOW,** the Defendant, Claude Jerome Wilson II, by and through counsel, and respectfully moves the Court to continue the trial in the above-captioned cause presently set for August 11, 2008. As grounds the therefore the Defendant states:

1.   That the undersigned was appointed to represent the Defendant on Friday, August 1, 2008.

2.   That the undersigned received the case file from previous counsel on Thurday, July 31, 2008 and has worked diligently to review the case file since said date; however, the above-styled case has been active for over two (2) years and given the nature and volume of the discovery, the undersigned counsel will not have sufficient time to review it all and prepare for a defense by August 11, 2008.

3.   Counsel for the Defendant is scheduled for jury trials set for the week of August 11, 2008 in Pike County Alabama. Counsel believes that he could possibly have two jury trials during this term should the trial judge not accept the plea agreement between counsel and the State of Alabama.

4.     Assistant United States Attorney Christopher Snyder has been contacted and does not oppose this motion.

5.     Requests for a continuance are addressed to the sound discretion of the trial court.  United States v. Darby, 744 F.2d 1508, 1521 (11th Circuit 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985).  Courts have repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. United States v. Goetz, 826 F.2d 1025,1028 (11th Circuit. 1987).

**WHEREFORE,** based upon the above-stated grounds, the Defendant respectfully requests a continuance of the trial in the above referenced matter.

**RESPECTFULLY SUBMITTED**, this 4th day of August, 2008.

/s/  J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 4th day of August, 2008.

      /s/ J. Carlton Taylor  
      J. CARLTON TAYLOR  
      Attorney for the Defendant  
      ASB 5037-L53J  
      5748 Carmichael Parkway Suite D  
      Montgomery, Alabama 36117  
      (334) 244-0447  
      (334) 244-0794  
      jtaylor@fullerandtaylor.com

Christopher A. Snyder  
Assistant U.S. Attorney  
PO Box 197  
Montgomery AL 36101-0197  
christopher.a.snyder@usdoj.gov