THE LAW OFFICES OF
# FULLER, TAYLOR & HOLTON
A PROFESSIONAL CORPORATION

5748 CARMICHAEL PARKWAY, SUITE D                                             TEL 334.244.0447
MONTGOMERY, AL 36117                                                     FAX 334.244.0794

August 4, 2008

Christopher Snyder, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

## VIA EMAIL – ORIGINAL TO FOLLOW VIA U.S. MAIL

      **Re:**    ***United States v. Claude Jerome Wilson***

Chris:

      Per our conversation, and in accordance with the Court's standing order on disclosure, I am resending this notice which it appears Michael Peterson sent on July 30, 2008. (See attached) Again, Mr. Scarsbrook would be expected to testify to the alteration of the photograph in question and to his opinion as to whether the photograph of Claude has been digitally altered or manipulated.

      As I only recently received this case, I am still reviewing the file. I am aware that Dr. Ghostly has performed an evaluation of the Defendant and am in the process of reviewing that report. I will disclose any relevant information and whether we intent to call Dr. Ghostly before C.O.B. today.

                        Sincerely,

                        J. Carlton Taylor
                        Fuller, Taylor & Holton, P.C.

# FEDERAL DEFENDERS

## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 407
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

July 30, 2008

**VIA FACSIMILE**

Christopher Snyder, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

     Re:   *United States v. Claude Jerome Wilson*

Dear Mr. Synder:

     Pursuant to my obligation under the Standing Order on Discovery, I am informing you I may utilize the following as an expert witness:

     Mr. Philip B. Scarsbrook
     Capitol Filmworks, Inc.
     744 Evanwood Drive
     Montgomery, Alabama 36117

     Mr. Scarsbrook would be expected to be able to testify to digital manipulation of photographs.

     His CV is attached.

                            Sincerely,

                            Michael J. Petersen
                            Assistant Federal Defender

MJP/hw
cc:     Verne Speirs

# Philip B. Scarsbrook

744 Evanwood Drive, Montgomery, AL 36117 • (334) 279-6216 • phils@totalimage.com


**CERTIFIED EXPERT**
Photoshop Versions:
6,7,CS,CS2,CS3



**4-time GURU Award Winner - National Association of Photoshop Professionals**
**Vincent Versace Award Winner - National Association of Photoshop Professionals**
**Digital Canvas Award Winner - National Association of Photoshop Professionals**
**PhotoShop User Award Winner - National Association of Photoshop Professionals**

## BACKGROUND SUMMARY

More than 25 years of diversified experience in professional photography, graphic design and photo-production execution and management. Demonstrated Expertise in all still-camera formats, in addition to extensive computer experience in both Mac and PC using Adobe Photoshop, Adobe Illustrator, Adobe InDesign, Quark Xpress and other graphic imaging programs. Proven success in managing photo production and coordinating activities in a multiple project team organization.
Certified by Adobe Systems as an expert in their industry standard software Photoshop. Instructor and speaker at many state and regional photographer's conventions and workshops.

## PROFESSIONAL EXPERIENCE

**Capitol Filmworks**                                                                1999-present

Digital Imaging Manager: Responsibilities include digital photo manipulation, image enhancement, web and pre-press design, as well as image output production for a national pro-lab serving over 200 professional photographers and digital artists in 47 states. Company representative in all issues regarding photography and image manipulation. Travel various parts of the country conducting digital workflow and Photoshop seminars.

**Gayfers/JB Whites Advertising Department**                                          1988-1999

Photographer / Photo Production Manager: Directed the efforts of the photo studio and managed the execution of sales promotion photography for a regional retail department store chain comprised of 19 stores generating $507 million in annual sales.
- Prepared, managed and monitored photo budgets which included $250,000 in model fees and $35,000 in photo supplies annually.
- Developed shooting schedules, negotiated talent fees, chose and secured locations for advertiseing photography to improve product presentation and reduce costs by 7% in 1998.
- Directed the activities of one additional photographer and two stylists to meet constantly changeing deadlines while producing just under 75 commercial setups per week resulting in an average of 72-104 preprints and over 60,000 inches of newspaper ROP per year .
- Executed award winning photography using film cameras of all formats, including digi tal, for fashion and product.
- Designed ROP ads and collaborated with designers on catalogs from conception through production.
- Experienced in pre-press production including scanning,

cleaning, cropping and toning images for publication.
- Created footage for television commercials for a period of two years  using broadcast quality Beta equipment.

**Alabama Shakespeare Festival**                                                            **1986-Present**

Company  Photographer:  Photograph all productions and special events using color and Black/White  prints and slides for publicity in newspapers, magazines and promotional brochures.

**Auburn University at Montgomery**                                                    **1985-1988**

Manager of Photographic Services:   Responsible for all photographic work for university use, as well as marketing photographs to the news media; maintaining negative files and records of all billing for photographic work.
- Writing and distributing news releases about students, faculty  and staff.
- Initiated story ideas about the university with the press.
- Worked extensively with the news media, scheduling interviews and assisting  with arrangements while on campus.

Adjunct Instructor: Teaching five-hour credit courses in photojournalism for the communications department and intermediate/advanced photography for the fine arts department.

**Montgomery Advertiser/ Alabama Journal Newspapers**                    **1981-1985**

Chief Photographer: Reported directly to the publisher.  Responsible for budget, organization, and quality control of 10-person photographic department.
- Managed departmental annual budget, including supplies, travel expenses, salaries,  inventories, as well as one and five-year plans for capitol expenditures.
- Supervised all black-and-white or color photography, as well as four-color  separation system for color reproduction.
- Participated in the design and layout of special features and photo-essays . Met  seven deadlines daily, responsible  for coverage of all major news events in Alabama.

**Montgomery Advertiser/ Alabama Journal Newspapers**                    **1979-1981**
Staff Photographer

**Additional work experience:**  Worked on assignment for:

| | |
|---|---|
| Associated Press | Boston Globe |
| United Press International | Newsday |
| New York Times | Southern Living |
| Newsweek | |

cleaning, cropping and toning images for publication.
- Created footage for television commercials for a period of two years  using broadcast quality Beta equipment.

### Alabama Shakespeare Festival                                    1986-Present

Company  Photographer:  Photograph all productions and special events using color and Black/White  prints and slides for publicity in newspapers, magazines and promotional brochures.

### Auburn University at Montgomery                                  1985-1988

Manager of Photographic Services:   Responsible for all photographic work for university use, as well as marketing photographs to the news media; maintaining negative files and records of all billing for photographic work.
- Writing and distributing news releases about students, faculty  and staff.
- Initiated story ideas about the university with the press.
- Worked extensively with the news media, scheduling interviews and assisting  with arrangements while on campus.

Adjunct Instructor: Teaching five-hour credit courses in photojournalism for the communications department and intermediate/advanced photography for the fine arts department.

### Montgomery Advertiser/ Alabama Journal Newspapers                1981-1985

Chief Photographer: Reported directly to the publisher.  Responsible for budget, organization, and quality control of 10-person photographic department.
- Managed departmental annual budget, including supplies, travel expenses, salaries,  inventories, as well as one and five-year plans for capitol expenditures.
- Supervised all black-and-white or color photography, as well as four-color  separation system for color reproduction.
- Participated in the design and layout of special features and photo-essays . Met  seven deadlines daily, responsible  for coverage of all major news events in Alabama.

### Montgomery Advertiser/ Alabama Journal Newspapers                1979-1981

Staff Photographer

**Additional work experience:**  Worked on assignment for:

| | |
|---|---|
| Associated Press | Boston Globe |
| United Press International | Newsday |
| New York Times | Southern Living |
| Newsweek | |

**Addendum:**
**Awards and Recognition**

| | |
|---|---|
| 2007 | National Association of Photoshop Professionals **GURU Award** for Photoshop Restoration (Presented at their nationalconvention, April. 2007, Tampa, FL.). |
| 2006 | National Association of Photoshop Professionals **GURU Award** for Photoshop Restoration (Presented at their nationalconvention, March. 2006, Miami, FL.). |
| 2006 | National Association of Photoshop Professionals **Digital Canvas Award** for Photoshop Retouching. |
| 2005 | National Association of Photoshop Professionals **GURU Award** for Photoshop Design (Presented at their national convention, Sept. 2005, Boston MA.). |
| 2003 | National Association of Photoshop Professionals **Vincent Versace Award for Photographic Excellence** (Presented at their national convention, Sept. 2003, Tampa, FL.) |
| 2002 | National Association of Photoshop Professionals **GURU Award** for Photoshop Design (Presented at their national convention, Sept. 2003, Tampa, FL.). |
| 1997 | Montgomery Advertising Federation Citation of Excellence Award **"Tie One On"**. Montgomery Advertising Federation Citation of Excellence Award **"Something Wild"**. |
| 1996 | Montgomery Advertising Federation Addy Award **"Designer Basics"**. Montgomery Advertising Federation Citation of Excellence Award **"Levi's Truckload Sale"**. Montgomery Advertising Federation Citation of Excellence Award **"Back to School"**. |
| 1995 | Montgomery Advertising Federation Citation of Excellence Award **"Father's Day Campaign"**. |
| 1994 | Montgomery Advertising Federation Addy Award **"Profiles '94 Juniors"**. Montgomery Advertising Federation Addy Award **"Back to School"**. Montgomery Advertising Federation Citation of Excellence Award **"Signature Essentials"**. Montgomery Advertising Federation Citation of Excellence Award **"Dana Buchman Suits"**. Montgomery Advertising Federation Citation of Excellence Award **"Father's Day"**. |
| 1993 | Montgomery Advertising Federation Addy Award **"Back to School, The In Look for Every Outlook"**. |
| 1985 | Special Merit Award-District III-Council for Advancement and Support of Education. |
| 1985 | Award of Excellence-1st Place--Public Relations Council of Alabama. |
| 1983 | Best News Photo-color-1st Place--Associated Press. Best Feature Photo-color-2nd Place--Associated Press . Feature Photo-color-3rd Place--Associated Press. |
| 1982 | Best News Photo-3rd Place--Alabama Press Assoc. |
| 1981 | Best Sports Photo-3rd Place--Associated Press. Best News Photo-3rd Place--Alabama Press Assoc. |
| 1980 | Photo of the Year-1st Place--Advertiser-Journal. Photo of the Year-2nd Place--Advertiser-Journal. |
| 1979 | Best Sports Photo-1st Place--Associated Press. Best Color Photo-3rd Place--Associated Press. |

1978          Best Color Feature-2nd Place--Alabama Press Photographer's Association.
              Best Feature Photo-1st Place--Associated Press.
              Best Feature Photo-2nd Place--Associated Press.
              Best Sports Photo-3rd Place---Associated Press.
1977          Best News Photo-2nd Place--Alabama Press Assoc.

```
MODE = MEMORY TRANSMISSION          START=JUL-30 14:27    END=JUL-30 14:29

   FILE NO.=333

STN      COMM.    ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES      DURATION
NO.               ABBR NO.

001       OK       ☎           2237135                                007/007    00:01:32
```

```
                                                        -FEDERAL DEFENDERS        -

*********************************** -3348340353      - ***** -      3348340353- *********
```

# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 407
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

# FAX COVER LETTER

**July 30, 2008**

**PLEASE DELIVER THE FOLLOWING AS SOON AS POSSIBLE:**

TO: Christopher Snyder, Esq.

Fax No: 223-7135

Re: USA v. Claude Wilson

FROM: Michael Petersen, Esq.

**NUMBER OF PAGES (including the cover sheet):** 7

If you have any questions or concerns, please contact our office.

Please call 334-834-2099 immediately if you do not receive the entire fax.

Confidentiality Notice: The information contained in this fax message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us by telephone and return the original message to us at the address shown above via U.S. Postal Service. Thank you.

# FEDERAL DEFENDERS

### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 407
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

# FAX COVER LETTER

### July 30, 2008

## PLEASE DELIVER THE FOLLOWING AS SOON AS POSSIBLE:

**TO:** Christopher Snyder, Esq.

**Fax No:** 223-7135

**Re:** USA v. Claude Wilson

**FROM:** Michael Petersen, Esq.

**NUMBER OF PAGES (including the cover sheet):** 7

## If you have any questions or concerns, please contact our office.

## Please call 334-834-2099 immediately if you do not receive the entire fax.

Confidentiality Notice: The information contained in this fax message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us by telephone and return the original message to us at the address shown above via U.S. Postal Service. Thank you.